IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAIGE ROBBINS, | : | |
| Plaintiff | : | |
| vs. | : | |
| LOWER MERION SCHOOL DISTRICT, | : | CIVIL ACTION No.:  11-7495 |
| And | : | |
| THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT, | : | |
| And | : | |
| CHRISTOPHER W. McGINLEY, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2011, Plaintiff's Motion for Permission to Withdraw as Counsel is hereby GRANTED, and it is hereby ORDERED and DECREED that Bogan Law Group, LLC, and attorney Mary Elizabeth Bogan, Esq., are withdrawn as attorneys for Plaintiff, Paige Robbins, in the above-captioned matter.

BY THE COURT:

_____
Honorable John R. Padova

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAIGE ROBBINS,** | : | |
| Plaintiff | : | |
| vs. | : | |
| **LOWER MERION SCHOOL DISTRICT,** | : | CIVIL ACTION No.:   11-7495 |
| And | : | |
| **THE BOARD OF DIRECTORS OF THE LOWER MERION SCHOOL DISTRICT,** | : | |
| And | : | |
| **CHRISTOPHER W. McGINLEY,** | : | |
| Defendants. | : | |

## MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL

**AND NOW**, comes Movant, Bogan Law Group, LLC, and Attorney, Mary Elizabeth Bogan ("Movant"), respectfully request that they be permitted to withdraw as counsel for Plaintiff, Paige Robbins, and in support thereof, aver as follows:

1.     Movant was retained to represent the above-named Plaintiff in connection with allegations involving an invasion of privacy rights, civil rights violations, *inter alia,* brought against Defendants, Lower Merion School District, Board of Directors for the Lower Merion School District, and Christopher W. McGinley.

2.     Movant has diligently served as Plaintiff's counsel throughout these proceedings which have only recently been initiated.

3.     It has become clear, during the representation of Plaintiff, that counsel has irreconcilable conflict(s) with the client which, in turn, has resulted in the filing of the immediate

Motion.

4.      Furthermore, counsel is prepared to discuss with the court, *in camera,* the nature and substance of the basis that necessitated the submission of the within Motion.

5.      Movant notified Defendants that Movant is filing a Motion for Permission to Withdraw as Counsel.

6.      Moreover, Movant has taken reasonable steps to avoid foreseeable prejudice to the rights of Plaintiff, including, but not limited to, advising the client of the within filing.

**WHEREFORE,** Movant respectfully requests this Honorable Court permit them to withdraw their appearance, and enter the Order attached hereto.

Respectfully submitted,

**Bogan Law Group, LLC**

By:

Mary Elizabeth Bogan, Esquire
1800 John F. Kennedy, Suite 300
Philadelphia, PA 19103
(215) 385-5254
Attorney for Movant

## **VERIFICATION**

Mary Elizabeth Bogan,  Esquire, hereby makes this Verification; and states that the facts set forth in the foregoing Motion for Permission to Withdraw as Counsel are true and correct to the best of my knowledge, information and belief, subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities.

By: _____
Mary Elizabeth Bogan, Esquire

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAIGE ROBBINS,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| **LOWER MERION SCHOOL** | : | CIVIL ACTION No.:   11-7495 |
| **DISTRICT,** | : | |
| | : | |
| And | : | |
| | : | |
| **THE BOARD OF DIRECTORS** | : | |
| **OF THE LOWER MERION** | : | |
| **SCHOOL DISTRICT,** | : | |
| | : | |
| And | : | |
| | : | |
| **CHRISTOPHER W. McGINLEY,** | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Mary Elizabeth Bogan, Esquire, hereby certify that I caused a true and correct copy of the foregoing Motion for Permission to Withdraw As Counsel to be served as follows on December 13th, 2011:

**Via Regular Mail**
Paige Robbins
437 Hidden River Road
Penn Valley, PA  19072

**Via Regular Mail**
LOWER MERION SCHOOL
DISTRICT
301 East Montgomery Avenue
Ardmore, PA 19003

**Via Regular Mail**
Board of Directors of the LOWER MERION SCHOOL
DISTRICT
301 East Montgomery Avenue
Ardmore, PA 19003


**Via Regular Mail**
Christopher W. McGinley
Superintendent of LOWER MERION SCHOOL
DISTRICT
301 East Montgomery Avenue
Ardmore, PA 19003


By:

Mary Elizabeth Bogan, Esquire
1800 John F. Kennedy, Suite 300
Philadelphia, PA 19103
(215) 385-5254
Attorney for Movant