UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1797
215/597-1178

December 14, 2011

**NOTICE OF HEARING/ARGUMENT:**

RE:    PAIGE ROBBINS v. LOWER MERION SCHOOL DISTRICT, ET AL
           Civil Action No. 11-7495

Dear Counsel:

Please be advised that a hearing/argument is scheduled on Plaintiff's Motion for Permission to Withdraw (Doc. No. 3).  The hearing/argument will be held on **January 11, 2012** at **10:00 a.m.** in Courtroom 17B, 17th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiff Paige Robbins shall attend the hearing.

    Very truly yours,

    /s/Gerrie M. Keane

    Deputy Clerk to Judge Padova

To:    Mary Elizabeth Bogan, Esquire