IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAIGE ROBBINS | : CIVIL ACTION |
| v. | : |
| LOWER MERION SCHOOL DISTRICT, ET AL. | : NO. 11-7495 |

## ORDER

**AND NOW**, this 11th day of January, 2012, upon consideration of Plaintiff's oral Motion to Dismiss this action without prejudice, which she made at a hearing on the record today, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**,[1] and this action is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

John R. Padova, J.

---

[1] Plaintiff's counsel filed a Motion to Withdraw as Counsel and we held a hearing on that motion today. After we granted that motion, Plaintiff, now proceeding *pro se*, stated that she wished to withdraw the entire action. We asked Plaintiff if she would like an opportunity to discuss the issue with her parents, who were present at the hearing, and Plaintiff declined. We gave Plaintiff an opportunity to ask any questions she had regarding the consequences of withdrawing the case, and she declined that opportunity as well and reaffirmed her desire to withdraw the case.

Pursuant to Federal Rule of Civil Procedure 41(a), a plaintiff may voluntarily dismiss an action without court order if an answer to the complaint has not been filed. Defendants in this case have not filed an answer. Accordingly, we grant Plaintiff's oral Motion to Dismiss, and dismiss this action without prejudice.